ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
RIKKI J. HEVRIN, ESQ.
Nevada Bar No. 13738
KOELLER NEBEKER CARLSON
  & HALUCK, LLP
400 S. 4th Street, Suite 600
Las Vegas, NV 89101
Phone: (702) 853-5500
Fax: (702) 853-5599
Andrew.green@knchlaw.com
Rikki.hevrin@knchlaw.com
Attorneys for Defendants,
LM General Insurance Company
*also erroneously sued as*
Liberty Mutual Group, Inc.,
Liberty Mutual Insurance Company,
Liberty Mutual, Liberty Mutual
Auto and Home Services, LLC,
Liberty Mutual Insurance Company,
and Liberty Mutual Insurance Co.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN HARTMAN, | CASE NO.: 2:17-cv-00649-JCM-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT** |
| LM GENERAL INSURANCE COMPANY; LIBERTY MUTUAL GROUP, INC. DBA LIBERTY MUTUAL INSURANCE COMPANY AND DBA LIBERTY MUTUAL; LIBERTY MUTUAL AUTO AND HOME SERVICES, LLC; LIBERTY MUTUAL INSURANCE COMPANY AKA LIBERTY MUTUAL INSURANCE CO.; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive; | **(FIRST REQUEST)** |
| Defendants. | |

**COMES NOW**, Defendants, LM General Insurance Company (hereinafter "LM") *also erroneously sued as* Liberty Mutual Group, Inc. dba Liberty Mutual Insurance Company and dba Liberty Mutual; Liberty Mutual Auto and Home Services, LLC; Liberty Mutual Insurance Company aka Liberty Mutual Insurance Co., by and through its attorneys, KOELLER, NEBEKER, CARLSON & HALUCK, LLP, and Plaintiff, John Hartman (hereinafter

"Plaintiff"), by and through his attorneys, SEEGMILLER & ASSOCIATES, and hereby agree and stipulate as follows:

1. The parties having conferred regarding the substance of LM's Motion to Dismiss (ECF #4), and agreeing Plaintiff may seek amendment of his Complaint to attempt to address the majority of the issues raised therein, the parties present this Stipulation and Order to attempt resolution of the issues raised in LM's Motion to Dismiss without Court intervention at this time;

2. LM stipulates Plaintiff may file a First Amended Complaint by April 24, 2017 to attempt to address the matters raised by LM's Motion to Dismiss;

3. Consistent with the parties' stipulation for Plaintiff to file an Amended Complaint, LM's Motion to Dismiss (ECF #4) is withdrawn without prejudice, and all of the Defendants' potential defenses and rights to answer and/or respond to Plaintiff's initial Complaint and any Amended Complaint are preserved through the time stated in the Federal Rules of Civil Procedure to respond to any Amended Complaint.

4. The parties stipulate no default will be requested or entered for any of the Defendants named in Plaintiff's initial Complaint prior to any deadline for response or answer to any Amended Complaint, and that this stipulation will be effective to set aside any default against the Defendants entered prior to the deadline for response or answer to Plaintiff's Amended Complaint;

5. No further responsive pleading is presently due from LM or Plaintiff, and the time for responsive pleading or answer for any First Amended Complaint by Plaintiff will be determined by the Federal Rules of Civil Procedure following Plaintiff filing any First Amended Complaint;

6. Plaintiff agrees he will file a separate stipulation to dismiss without prejudice each of the following previously named Defendants, Liberty Mutual Group, Inc. dba Liberty Mutual Insurance Company and dba Liberty Mutual, Liberty Mutual Auto and Home Services, LLC, and Liberty Mutual Insurance Company aka Liberty Mutual

1  Insurance Co., and Plaintiff agrees any First Amended Complaint will not reference
2  any of the entities identified in this paragraph as Defendants.
3  7. The effect of the dismissal referenced in the preceding paragraph will be to
4  leave LM General Insurance Company as the sole Defendant, which the parties agree
5  would be a proper party to a dispute regarding the policy issued to Plaintiff with policy
6  number AOS-268-021313-40 4 8.
7  8. Undersigned counsel for LM agrees to accept service of Plaintiff's First
8  Amended Complaint by way of the electronic filing and serving system.

DATED this 22nd day of March, 2017.                    DATED this 22nd day of March, 2017.

KOELLER NEBEKER CARLSON                                SEEGMILLER & ASSOCIATES
 & HALUCK, LLP

By:    /s/Andrew C. Green, Esq.                        By:    /s/Clark Seegmiller, Esq.
       ANDREW C. GREEN, ESQ.                                  CLARK SEEGMILLER, ESQ.
       Nevada Bar No. 9399                                    Nevada Bar No. 3873
       RIKKI J. HEVRIN, ESQ.                                  10655 Park Run Drive, Ste. 250
       Nevada Bar No. 13738                                   Las Vegas, NV 89144
       400 S. Fourth Street, Suite 600                        Attorneys for Plaintiff,
       Las Vegas, NV 89101                                    JOHN HARTMAN
       Attorneys for Defendants,
       LM General Insurance Company
       *also erroneously sued as*
       Liberty Mutual Group, Inc.,
       Liberty Mutual Insurance Company,
       Liberty Mutual, Liberty Mutual
       Auto and Home Services, LLC,
       Liberty Mutual Insurance Company,
       and Liberty Mutual Insurance Co.

**ORDER**

**IT IS SO ORDERED,** consistent with the parties' stipulation above, Plaintiff may file a First Amended Complaint by April 24, 2017, and LM's Motion to Dismiss (ECF #4) is withdrawn without prejudice.

**IT IS FURTHER ORDERED**, all of the Defendants' potential defenses and rights to answer and/or respond to Plaintiff's initial Complaint and any Amended Complaint are preserved through the time stated in the Federal Rules of Civil Procedure to respond to any Amended Complaint; therefore, no default will be requested or entered for any of the Defendants named in Plaintiff's initial Complaint prior to any deadline for response or answer to any Amended Complaint, and the Parties' stipulation will be effective to set aside any default against the Defendants entered prior to the deadline for response or answer to Plaintiff's Amended Complaint;

**IT IS FURTHER ORDERED**, upon Plaintiff filing any First Amended Complaint by April 24, 2017, that any response to the First Amended Complaint may proceed pursuant to the Federal Rules of Civil Procedure.

Dated this  23rd  day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

///
///
///
///
///
///
///
///
///